# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN G. BURNETT, SR., <br><br> Plaintiff <br><br> v. <br><br> EQUIFAX SERVICES LLC, et al., <br><br> Defendants | Case No.: 2:21-cv-00606-APG-DJA <br><br> **Order** <br><br> [ECF Nos. 9, 12] |

Plaintiff John Burnett, Sr. and defendant Everglades College Inc. stipulate to arbitrate their dispute and request this action be stayed as to Everglades pending completion of the arbitration. ECF No. 12. I grant the stipulation in part. I grant the stipulation as to Burnett and Everglades resolving their claims through private arbitration. However, I deny the stipulation to stay this action as to Everglades. Because there is nothing left for this court to address regarding Burnett's claims against Everglades, I dismiss those claims without prejudice to Burnett pursuing them in arbitration. I further deny Everglade's pending motion to dismiss (ECF No. 9) as moot.

I THEREFORE ORDER that the stipulation **(ECF No. 12) is GRANTED in part**. Plaintiff John Burnett, Sr. and defendant Everglades College Inc. shall arbitrate their dispute in private arbitration. I deny the request to stay this action as to Everglades College Inc. and instead dismiss the plaintiff's claims against this defendant without prejudice to the plaintiff pursuing his claims in arbitration.

I FURTHER ORDER that defendant Everglades College Inc.'s motion to dismiss **(ECF No. 9) is DENIED as moot**.

DATED this 26th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE