1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada 89169
   E-mail: jthompson@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
9

10 | JOHN G. BURNETT, SR.,                         ) Case No. 2:21-cv-00606-APG-DJA
   |                                               )
11 |                     Plaintiff,                )
   |                                               )
12 | vs.                                           ) **JOINT MOTION FOR EXTENSION OF**
   |                                               ) **TIME FOR DEFENDANT EQUIFAX**
13 | EQUIFAX INFORMATION SERVICES LLC              ) **INFORMATION SERVICES LLC TO**
   | EXPERIAN INFORMATION SOLUTIONS,               ) **FILE ANSWER**
14 | INC.; EVERGLADES COLLEGE INC.,                )
   |                                               ) **SECOND REQUEST**
15 |                                               )
   |                     Defendants.               )
16

17      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

20 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

21 answer, move or otherwise respond to the Complaint in this action is extended from June 9, 2021

22 through and including **July 9, 2021**. The request was made by Equifax so that it can have

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28

additional time for the parties to engage in settlement negotiations.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 9th day of June, 2021.

| | |
|---|---|
| CLARK HILL PLLC | ***No opposition*** |
| By: /s/Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com | /s/Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com |
| *Attorney for Defendant Equifax Information Services LLC* | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>FREEDOM LAW FIRM<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  June 11, 2021

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 9th day of June, 2021, via CM/ECF, upon all counsel of record:

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com